

# Notice of Service of Process

null / ALL
Transmittal Number: 22072654
Date Processed: 09/25/2020

| | |
|---|---|
| Primary Contact: | Walgreens Distribution<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| Entity: | Walgreen Co.<br>Entity ID Number 0501431 |
| Entity Served: | Walgreen Co. |
| Title of Action: | Robert K. Woif vs. Walgreen Co. |
| Matter Name/ID: | Robert K. Woif vs. Walgreen Co. (10534955) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Ramsey County District Court, MN |
| Case/Reference No: | Not Shown |
| Jurisdiction Served: | Minnesota |
| Date Served on CSC: | 09/24/2020 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | James P. Carey<br>612-333-4500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

EXHIBIT A

|  |  |
|---|---|
| STATE OF MINNESOTA | PERSONAL INJURY |
|  | IN DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |
| Robert K. Wolf, | Court File No. |
| Plaintiff, |  |
|  | **SUMMONS** |
| vs. |  |
| Walgreen Co., |  |
| Defendant. |  |

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANT:

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this Summons.

2. **YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at: 901 Marquette Avenue, Suite 500, Minneapolis, MN 55402-3205.

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

**4. YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

**5. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

**6. ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: 9/21/2020

James P. Carey, #180555
Attorney for Plaintiff
**SiebenCarey, P.A.**
901 Marquette Avenue, Suite 500
Minneapolis, MN 55402-3205
(612) 333-4500
Jim.Carey@Knowyourrights.com

104634/40/PLS

| | |
|---|---|
| STATE OF MINNESOTA | PERSONAL INJURY |
| | IN DISTRICT CO |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |

Robert K. Wolf,      Court File No.

    Plaintiff,

vs.      **COMPLAINT**

Walgreen Co.,

    Defendant.

---

PLAINTIFF, FOR HIS CLAIM FOR RELIEF, STATES AND ALLEGES AS FOLLOWS:

1. That Plaintiff Robert K. Wolf (hereinafter "Plaintiff") was and is a resident of the State of Minnesota at all pertinent times.

2. That, Defendant Walgreen Co., (hereinafter "Defendant") was and is a Minnesota Statute 303 Business Corporation (Foreign) doing business in the State of Minnesota at all pertinent times, with a Registered Office Address of 2345 Rice Street, Suite 230, Roseville, MN 55113.

3. That Defendant is the owner of the property located at 398 Wabasha Street in or around the City of St. Paul, County of Ramsey, and State of Minnesota.

4. That, on or about December 30, 2019, Plaintiff was caused to fall while lawfully on the premises owned, possessed, and managed by Defendant.

5. That said fall was the result of the negligence and carelessness of Defendant and/or agents or employees of Defendant.

6. That, as a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff Robert K. Wolf sustained severe and permanent injuries in both

1

mind and body, and past and future medical expenses, all of which problems are continuing in nature, resulting in damage to Plaintiff in an undetermined sum at this time.

**WHEREFORE**, Plaintiff Robert K. Wolf demands judgment against Defendant herein for a reasonable sum in excess of Fifty Thousand ($50,000.00) Dollars together with interest, costs and disbursements incurred herein.

Dated: 9/21/2020

James P. Carey, #180555
Attorney for Plaintiff
**SiebenCarey, P.A.**
901 Marquette Avenue, Suite 500
Minneapolis, MN 55402-3205
(612) 333-4500
Jim.Carey@Knowyourrights.com

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.211 to the party against whom the allegations in this pleading are asserted.

Dated: 9/21/2020

James P. Carey, #180555

104634/41/PLC12

2